

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00092-CR

Michael Lewis **ARCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2118-CR-C
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice